**Order entered April 22, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00868-CR**

**JUAN GABRIEL SOSA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F16-12055-L**

**ORDER**

Before the Court is appellant's April 20, 2020 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 4, 2020.

/s/     BILL PEDERSEN, III
JUSTICE